AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CLAY V. HAYNES

*Petitioner*

v.

MELISSA ANDREWJESKI

*Respondent*

Civil Action No. 4:23-cv-05028-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Respondent's Motion to Dismiss (ECF No. 16) is GRANTED.
The Petition for Habeas Corpus is DISMISSED without prejudice.
Petitioner's construed Motion for Summary Judgment (ECF No. 19) is DENIED as moot.
Petitioner's 2nd Amended Motion "Whistle Blower Protection" (ECF No. 20) is DENIED as moot.
Judgment is entered for Respondent.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Thomas O. Rice.

Date: 8/11/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony